# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09CV400-MU-1

|  |  |
|---|---|
| MICHAEL MAY, ) | |
| Plaintiff, ) | |
| Vs. ) | **ORDER** |
| OFFICER ALLEN WHITE, ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court for an initial review of Plaintiff's Complaint pursuant to 42 U.S.C. § 1983, filed January 23, 2009; Plaintiff's Motions for Appointment of Counsel (Doc. Nos. 3, 5), filed January 23, 2009 and September 3, 2009; and Plaintiff's Motion for discovery (Doc. No. 4), filed September 3, 2009.

After a careful review of the record, the Court finds that Defendant should file an answer detailing Plaintiff's allegations and responding to each.

Plaintiff has also filed two motions requesting that the Court appoint him counsel to assist him with his case. Appointment of counsel in civil cases is discretionary. Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984). Counsel should be appointed in "exceptional circumstances." Id.; Cook v. Bounds, 518 F.2d 779 (4th Cir. 1975). The existence of "exceptional circumstances" depends upon two factors: type and complexity of case and ability of pro se litigant to present case. Whisenant, 739 F.2d at 163. At this time, the Plaintiff is adequately representing himself and his motions are denied.

Plaintiff has also filed a motion for discovery requesting "any relative of any Plaintiff,

or any other person charged with crimes under the laws of any jurisdiction, which statements or accusations have been proved baseless, improbable or not sustained or substantiated at any trial in any court in any jurisdiction . . . ." Plaintiff's discovery request is overly broad and is dismissed. Likewise, Plaintiff's request for all statements by any witness the state intends to call at trial is premature and is denied.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk shall issue summons and deliver it forthwith to the U.S. Marshal who will make service of process without additional cost on Defendant White;

2. Plaintiff's Motions for Appointment of Counsel are **DENIED**; and

3. Plaintiff's Motion for Discovery is **DENIED**.

Signed: September 22, 2009

Graham C. Mullen
United States District Judge