IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV400-1-MU

| | |
|---|---|
| MICHAEL MAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ALLEN WHITE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before this Court upon Defendant May's Motion to Dismiss and Supporting Memorandum (Doc. Nos. 16 and 17) filed December 22, 2009. It appears that the Defendant may be entitled to dismissal as a matter of law.

**PLAINTIFF MAY READ THIS:**

You now have the opportunity to reply to the Defendant's Motion to Dismiss. You may not allege new facts surrounding the events in question as part of this reply. You should base your reply and argument(s) solely on the matters set forth in your original Complaint and/or those set forth in Defendant's Motion to Dismiss.

You are further hereby advised that you have thirty (30) days from the filing of this Order in which to file your reply in opposition to Defendant's Motion to Dismiss. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO DISMISSAL.**

**THEREFORE, IT IS HEREBY ORDERED** that the Plaintiff has thirty (30) days from the filing of this Order in which to provide his own documents, affidavits, or declarations countering the evidence offered by Defendant's Motion to Dismiss.

Signed: January 12, 2010

Graham C. Mullen
United States District Judge