**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:09CV400-MU-1**

|   |   |   |
|---|---|---|
| MICHAEL MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| OFFICER ALLEN WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court upon Defendant's Motion for Judgment on the Pleadings and accompanying memorandum(Doc. Nos. 16 and 17), filed December 22, 2009.

On January 23, 2009, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 with this Court. On December 22, 2009, Defendant filed a Motion for Judgment on the Pleadings. On January 12, 2010, after receiving the Motion for Judgment on the Pleadings, this Court sent Plaintiff an Order in compliance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975). (Doc. No. 17.) In this Order, the Court notified Plaintiff that the Defendant had filed a Motion for Judgment on the Pleadings asking the Court to dismiss his Complaint and that if Plaintiff failed to respond to this motion within thirty days, the Court might grant the Motion. The deadline to respond has expired and Plaintiff has not filed a response. The Court has carefully reviewed Defendant's Motion for Judgment on the Pleadings and for the reasons set forth therein, this Court finds that Defendant is entitled to a dismissal.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Judgment on the Pleadings is **GRANTED**; and

2. Plaintiff's Complaint is **DISMISSED**.

Signed: February 22, 2010

Graham C. Mullen
United States District Judge