# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael May,

    Plaintiff(s),

vs.

Officer Allen White,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09CV400

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2010 Order.

Signed: February 22, 2010

Frank G. Johns, Clerk
United States District Court